1  Joseph E. Wiley (State Bar No. 84154)
   Joan Pugh Newman (State Bar No. 148562)
2  WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
3  Alameda, California 94501
   Telephone:  (510) 337-2810
4  Fax:  (510) 337-2811

5  Attorneys for Defendant
   CNH INDUSTRIAL AMERICA LLC
6

7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | CARLOS BATRES,                              Case No.: 3:15-cv-01051-MMC

13 |         Plaintiff,                          **STIPULATION AND [PROPOSED]
                                                 ORDER TO CONTINUE FURTHER CASE
14 |    v.                                       MANAGEMENT CONFERENCE**

15 | CNH AMERICA LLC; and Does 1 to 20,
     inclusive,
16
              Defendants.
17

18     TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

19 NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR

20 COUNSEL OF RECORD HEREIN:

21     Plaintiff Carlos Batres ("Plaintiff"), and Defendant CNH Industrial America, LLC

22 ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

23     WHEREAS the Further Case Management Conference in this matter is set for November

24 13, 2015;

25     WHEREAS lead trial counsel for Defendant has an unavoidable family obligation

26 scheduled for November 13, 2015; and

27

28
                                             1

WHEREAS the parties have conferred and arrived at a mutually agreeable date to continue the scheduled Further Case Management Conference and have confirmed the availability of that future date with the Court.

Based on the foregoing, the parties hereby stipulate to continue the Further Case Management Conference in this action to November 20, 2015.

**IT IS SO STIPULATED.**

Date:  August 25, 2015                                    LAW OFFICE OF KENNETH C. ABSALOM

                                                                          By:    /s/ Kenneth C. Absalom
                                                                                    KENNETH C. ABSALOM
                                                                                    GEORGE R. NEMIROFF
                                                                                    Attorneys for Plaintiff
                                                                                    CARLOS BATRES

Date:  August 25, 2015                                    WILEY PRICE & RADULOVICH, LLP

                                                                          By:    /s/ Joseph E. Wiley
                                                                                    JOSEPH E. WILEY
                                                                                    JOAN PUGH NEWMAN

                                                                                    Attorneys for Defendant
                                                                                    CNH INDUSTRIAL AMERICA LLC

**ORDER**

The parties having stipulated, and good cause appearing, the Further Case Management Conference is to be continued to November 20, 2015, at 10:30 a.m. in Courtroom 7, 19th Floor. Further Case Management Statements are due to be lodged, submitted, and served by no later than November 13, 2015. No other Court-ordered dates in this matter are affected.

**IT IS SO ORDERED.**

Dated: August 31, 2015

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE