KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
GEORGE R. NEMIROFF (SBN 262058)
nemiroff@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
220 Montgomery Street, Suite 905
San Francisco, Ca. 94104
Tel: 415-392-5040
Fax: 415-392-3729

Attorneys for Plaintiff
CARLOS BATRES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CARLOS BATRES, | |
|---|---|
| Plaintiff, | Case No.: 3:15-cv-01051-MMC |
| v. | **STIPULATION TO ALLOW CERTAIN DISCOVERY AFTER DISCOVERY-CUT-OFF** |
| CNH AMERICA LLC; and Does 1 to 20, inclusive, | |
| Defendants. | Complaint Filed:   February 11, 2015 |

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

This Stipulation is submitted pursuant to Local Rule 6-2 and the Court's Standing Order, and is entered into by and between Plaintiff Carlos Batres ("Plaintiff") and Defendant CNH Industrial America LLC ("Defendant") for the purposes of efficiently managing this litigation. No prior continuances or extension of the discovery cut-off date has been requested.

1. The original complaint in this action was filed on February 11, 2015 in Alameda County Superior Court.

-1-
STIPULATION TO ALLOW CERTAIN DISCOVERY AFTER DISCOVERY CUT-OFF
Case No.: 3:15-cv-01051-MMC

**1**      2.     Defendant thereafter removed this action to the Northern District based on grounds

**2** of diversity jurisdiction. (Docket No. 1 ("Dkt No. 1").)

**3**      3.     On or about May 22, 2015, the parties conducted their Rule 26(f) conference.

**4**      4.     The Court and parties held an initial CMC on June 12, 2015. At the conference, the

**5** Court issued its scheduling order, imposing an accelerated discovery schedule with a discovery

**6** cut-off date of September 28, 2015. (Dkt. No. 17.) The order reflected the parties' willingness to

**7** engage one another in a settlement conference before Magistrate Jacqueline Scott Corley in late

**8** August 2015, which has since been moved by stipulation of the parties and request of this Court to

**9** September 30, 2015.

**10**      5.     On August 10, 2015, Plaintiff issued a PMK Notice of Deposition to Defendant

**11** CNH identifying eight categories for a company-designated PMK to testify to. Defendant

**12** promptly informed Plaintiff that three separate individuals would be identified as PMKs, two of

**13** which would require out-of-state travel for depositions in Wisconsin and Oregon, which

**14** depositions occurred on September 11 and 14, 2015, respectively.

**15**      6.     One PMK, Jan Breitzman, was set to be deposed on September 16, 2015 in San

**16** Francisco, California.

**17**      7.     Plaintiff Carlos Batres was deposed on September 17, 2015.

**18**      8.      Due to Plaintiff's counsel's schedule, Plaintiff was unable to go forward with the

**19** deposition of Jan Breitzman as originally planned on September 16, 2015.  Moreover, the parties

**20** were unable to schedule a mutually-agreeable alternate date prior to the September 28, 2015

**21** discovery cut-off. Mr. Breitzman is a CNH employee and a critical witness who had interactions

**22** with Plaintiff concerning his workplace injury and his modified duty as a result.

**23**      9.     The parties thereafter compared their respective schedules and arrived at a mutually

**24** agreeable date of October 12, 2015 on which Mr. Breitzman's deposition can go forward –

**25** contingent on the Court's approval of this one deposition being conducted after the cut-off.

**26**      10.    On June 30, 2015, Defendant served requests for production of documents.

**27** Document Request No. 4 sought all documents "reflecting any employment benefits Plaintiff has

**28**

received for any employment, including self-employment, at any time since October 1, 2013, including but not limited to summary plan descriptions of any such benefits."

11. After Defendant granted Plaintiff's request for an extension of time to respond, Plaintiff responded to the document requests stating he would produce responsive documents. However, Plaintiff's counsel asserted by letter dated September 15, 2015, that Plaintiff does not have any documents responsive to Document Request No. 4.

12. Because this information is critical to Defendant's ability to calculate damages for trial purposes, Defendant needs to subpoena Plaintiff's current employer, Guittard Chocolate Company in Burlingame, California, to obtain this employment benefits information. Defendant plans to subpoena the information prior to the discovery cut-off, but the information would not be due to be disclosed from Guittard until after close of discovery.

13. This Stipulation is not offered for any dilatory or improper purpose, but rather solely to effectively manage the scheduling of case events, and to ensure the most efficient use of resources by the Court, the parties, and their counsel.

WHEREFORE, subject to the Court's approval, Plaintiff and Defendant, desiring to efficiently manage this action, hereby stipulate and request a variance to the discovery cut-off date as follows:

1. The deposition of PMK Jan Breitzman shall occur on October 12, 2015, at 10:00 a.m. at the San Leandro Distribution Center, 1919 Williams Street, San Leandro, California, 94577;

2. Defendant may obtain employment benefits information from Plaintiff's current employer after the discovery cut-off date.

DATED: September 18, 2015     **LAW OFFICE OF KENNETH C. ABSALOM**

By: /s/ George R. Nemiroff_____
George R. Nemiroff
Attorneys for Plaintiff
Carlos Batres

-3-
**STIPULATION TO ALLOW CERTAIN DISCOVERY AFTER DISCOVERY CUT-OFF**
Case No.: 3:15-cv-01051-MMC

DATED: September 18, 2015          WILEY PRICE AND RADULOVICH LLP

                                   By:  /s/ Joan Pugh Newman
                                        Joan Pugh Newman
                                        Attorneys for Defendant
                                        CNH America, LLC

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: September 18, 2015        By: /s/ George R. Nemiroff
                                      George R. Nemiroff
                                      Attorneys for Plaintiff
                                      Carlos Batres

-5-
**STIPULATION TO ALLOW CERTAIN DISCOVERY AFTER DISCOVERY CUT-OFF**
Case No.: 3:15-cv-01051-MMC

[Proposed] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The deposition of PMK Jan Brietzman shall occur on October 12, 2015, at 10:00 a.m. at the San Leandro Distribution Center, 1919 Williams Street, San Leandro, California, 94577;

2. Defendant may obtain employment benefits information from Plaintiff's current employer after the discovery cut-off date.

**IT IS SO ORDERED.**

Dated: September 25, 2015

HON. MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE