1    Joseph E. Wiley (State Bar No. 84154)
     Joan Pugh Newman (State Bar No. 148562)
2    WILEY PRICE & RADULOVICH, LLP
     1301 Marina Village Parkway, Suite 310
3    Alameda, California 94501
     Telephone:  (510) 337-2810
4    Fax:  (510) 337-2811

5    Attorneys for Defendant
     CNH INDUSTRIAL AMERICA LLC

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11
     CARLOS BATRES,                      Case No.:  3:15-cv-01051-MMC
12
                     Plaintiff,          **STIPULATION AND [PROPOSED]**
13                                       **ORDER FOR EXTENSION OF EXPERT**
          v.                             **DISCOVERY CUT-OFF DATE**
14
     CNH AMERICA LLC; and Does 1 to 20,
15   inclusive,

16                   Defendants.

17

18        TO  THE  CLERK  OF  THE  UNITED  STATES  DISTRICT  COURT  FOR  THE

19   NORTHERN  DISTRICT  OF  CALIFORNIA,  AND  TO  ALL  PARTIES  AND  THEIR

20   COUNSEL OF RECORD HEREIN:

21        Plaintiff Carlos Batres ("Plaintiff"), and Defendant CNH Industrial America, LLC

22   ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

23        WHEREAS, pursuant to Court order, the expert discovery cut-off date in this matter is

24   set for November 27, 2015;

25        WHEREAS, because of conflicting schedules of the parties' experts and counsel, the

26   parties are unable to take expert depositions until December; and

27        WHEREAS, the parties have conferred and arrived at a mutually agreeable date to extend

28   the expert discovery cut-off which will enable both sides to depose the opposing expert.

                                        1

1    Based on the foregoing, the parties hereby stipulate to extend the expert discovery cut-off

2  date to, and through, December 15, 2015.

3    **IT IS SO STIPULATED.**

4  Date: November /8 2015                          LAW OFFICE OF KENNETH C. ABSALOM

5

6                                         By: _____

7                                                    KENNETH C. ABSALOM
                                                     GEORGE R. NEMIROFF
                                                     Attorneys for Plaintiff
8                                                    CARLOS BATRES

9  Date: November __, 2015                         WILEY PRICE & RADULOVICH, LLP

10

11                                        By: _____

12                                                   JOSEPH E. WILEY
                                                     JOAN PUGH NEWMAN

13                                                Attorneys for Defendant
                                                  CNH INDUSTRIAL AMERICA LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Based on the foregoing, the parties hereby stipulate to extend the expert discovery cut-off date to, and through, December 15, 2015.

**IT IS SO STIPULATED.**

Date: November __, 2015

LAW OFFICE OF KENNETH C. ABSALOM

By: _____

KENNETH C. ABSALOM
GEORGE R. NEMIROFF
Attorneys for Plaintiff
CARLOS BATRES

Date: November 13 2015

WILEY PRICE & RADULOVICH, LLP

By: _____

JOSEPH E. WILEY
JOAN PUGH NEWMAN

Attorneys for Defendant
CNH INDUSTRIAL AMERICA LLC

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The parties having stipulated, and good cause appearing, the expert discovery cut-off date is extended until, and through, December 15, 2015.  No other Court-ordered dates in this matter are affected.

**IT IS SO ORDERED.**

Dated: __November 19_____, 2015

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Wiley Price &
Radulovich, LLP

Stipulation and [Proposed] Order for Extension of Expert
Discovery Cut-Off Date

Case No. 3:15-cv-01051-MMC